# United States District Court

__WESTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA
V.

Barron Sloan Henderson, aka
Barry Henderson

**SEALED** WARRANT FOR ARREST

CASE NUMBER: 1:07mj 81

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Barron Sloan Henderson, aka Barry Henderson__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information X Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to commit the offense of Illegal Gambling Business and Engaging in monetary transactions in property derived from specified unlawful activity

in violation of Title __18__ United States Code, Section(s) __371, 1955 and 1957__

Honorable Dennis L. Howell
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_(signed) Dennis L. Howell_
Signature of Issuing officer

July 27, 2007   Asheville, North Carolina
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |