# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Asheville Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr69 |
| | ) | |
| HENDERSON AMUSEMENT, INC. | ) | 1:07cr69-01 |
| BARRON SLOAN HENDERSON | ) | 1:07cr69-03 |

**FILED**
ASHEVILLE, N.C.

SEP 12 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER

The matter came before the Court on H. M. Whitesides, Jr., Esq.'s motions to withdraw as counsel of record for defendants Henderson Amusement, Inc. and Barron Sloan Henderson in this matter (docket nos. 181 and 184).

For the reasons stated from the Bench, and for good cause shown,

It is hereby **ORDERED** that the motions are **GRANTED** and H. M. Whitesides, Jr., Esq. is hereby **WITHDRAWN** as counsel of record for defendants Henderson Amusement, Inc. and Barron Sloan Henderson in this matter.

The Clerk is directed to send a copy of this Order to all counsel of record.

September 11, 2007
Alexandria, VA

/s/
T. S. Ellis, III
United States District Judge